No. 944. EDNER, TRUSTEE IN BANKRUPTCY, *v.* MATHEWS, EXECUTRIX; and

No. 945. EDNER, TRUSTEE IN BANKRUPTCY, *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE CO. ET AL. April 22, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *August G. Gutheim* for petitioner. *Edward N. Mills* for Mathews, Executrix, respondent.

No. 960. UNITED STATES EX REL. FURTON ET AL. *v.* DUFFY, JUDGE. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *William B. Rubin* for petitioners. *Emil Hersh* for respondent.

No. 966. STERN *v.* HARRISON, COLLECTOR OF INTERNAL REVENUE. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *A. J. Pflaum* and *Harry N. Wyatt* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Helen Goodner* for respondent.

No. 977. ALLEN, TRUSTEE, *v.* UNION TRANSFER CO., DOING BUSINESS AS UNION FREIGHTWAYS. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Louis R. Gates* for petitioner. *Inghram D. Hook* for respondent.

No. 1002. BRAILAS *v.* SHEPARD STEAMSHIP CO. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *George J. Engelman* for petitioner. *Corydon B. Dunham* for respondent.